UNITED STATES DISTRICT COURT OF NEW YORK   Attorney: MICHAEL FAILLACE & ASSOCIATES, P.C.

---

JOSE A. ALCANTARA ETAL.

                                                        Plaintiff(s)

                  - against -

Index # 08 CV 291

CAN MANAGEMENT INC. ETAL

Purchased January 14, 2008

                                                    Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

MICHAEL HARRIS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 15, 2008 at 04:56 PM at

3795 10TH AVENUE
NEW YORK, NY10034

deponent served the within SUMMONS AND COMPLAINT on CNA MANAGEMENT, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to ALEX TAVAREZ personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 35 | 5'7 | 180 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: January 16, 2008

OEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

MICHAEL HARRIS
License #: 1077447
Invoice #: 455101

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728