BARNES IACCARINO VIRGINA
AMBINDER AND SHEPHERD, PLLC
James Emmet Murphy, Esq. (JM7481)
111 Broadway, Suite 1403
New York, New York 10006
(212) 943-9080

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE A. ALCANTARA, BOLIVAR CANELA, EDWIN COLLADO, FREDDY CRUZ, JUAN GONZALEZ, and VICTOR GONZALEZ, individually and on behalf of others similarly situated,<br><br>                                              Plaintiffs,<br><br>-against-<br><br>CAN MANAGEMENT, INC., and CESAR ABREU,<br><br>                                              Defendant. | 08 CV 291 (MHD)<br><br>**ANSWER**<br><br>(FILED VIA ECF) |

Pursuant to Rule 7.1 of the F.R.C.P. and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendants states that there are no parent corporations or any publicly held corporations which own 10% or more of the stock of Defendant corporations.

Dated: New York, New York
         March 25, 2008

                                         BARNES IACCARINO VIRGINIA
                                         AMBINDER AND SHEPHERD, PLLC

                                         By:_____/s_____
                                              James Emmet Murphy (JM 7481)
                                              111 Broadway
                                              Suite 1403
                                              New York, New York 10006
                                              (212) 943-9080
                                              *Attorneys for Defendants*