```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOSE A. ALCANTARA et al.,           :
                                    :
              Plaintiffs,           :
                                    :          ORDER
     -against-                      :
                                    :      08 Civ. 291 (BSJ) (MHD)
CNA MANAGEMENT, INC., et al.        :
                                    :
              Defendants.           :
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED** that a pre-trial conference has been scheduled in the above-captioned action on **THURSDAY, APRIL 17, 2008 at 11:00 AM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**DATED:** New York, New York
April 8, 2008

SO ORDERED.

_____
**MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been mailed this date to:

Michael Antonio Faillace, Esq.
Law Office of Michael Faillace and Associates, P.C.
110 East 59th Street, 32nd Floor
New York, NY 10022

Lloyd Robert Ambinder, Esq.
Baldinger & Levine, LLC
114 Old Country Rd., Suite 116a
Mineola, NY 11501