UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------

JOSE A. ALCANTARA et al.,

          Plaintiffs,

                    :        **ORDER**

     -against-

                    :     **08 Civ. 291 (BSJ) (MHD)**

CNA MANAGEMENT, INC., et al.

                    :

          Defendants.

                    :
-----------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby **ORDERED** that the  pre-trial conference

scheduled in the above-captioned action on THURSDAY, APRIL 17,

2008 at 11:00 AM, has been rescheduled for **THURSDAY, APRIL 17,**

**2008 at 12:30pm,** at which time you are directed to appear in

Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312.

Any requests for adjournment of this scheduled conference must be

in writing, with copies to all other parties, and must be

preceded by reasonable efforts by the requesting party to obtain

the consent of those parties.

**DATED:  New York, New York**
        **April 9, 2008**

                         **SO ORDERED.**

                        **MICHAEL H. DOLINGER**
                        **UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been mailed this date to:

Michael Antonio Faillace, Esq.
Law Office of Michael Faillace and Associates, P.C.
110 East 59th Street, 32nd Floor
New York, NY 10022

Lloyd Robert Ambinder, Esq.
Baldinger & Levine, LLC
114 Old Country Rd., Suite 116a
Mineola, NY 11501