```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
JOSE A. ALCANTARA et al.,           :
                                    :
                   Plaintiffs,      :
                                    :           ORDER
        -against-                   :
                                    :   08 Civ. 291 (BSJ) (MHD)
CNA MANAGEMENT, INC., et al.        :
                                    :
                   Defendants.      :
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

A pre-trial conference having been held with counsel for the respective parties on April 17, 2008,

It is hereby **ORDERED** as follows:

1. The parties are to serve their initial written discovery requests by May 19, 2008.

2. All discovery pertaining to potential class certification is to be completed by July 31, 2008.

3. Plaintiff's motion for class certification is to be served and filed by August 31, 2008.

4. All discovery is to be completed by September 30, 2008.

DATED:  New York, New York
       April 17, 2008

                                      SO ORDERED.

                                      _____
                                      MICHAEL H. DOLINGER
                                      UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed this date to:

Michael Antonio Faillace, Esq.
Law Office of Michael Faillace and Associates, P.C.
110 East 59th Street, 32nd Floor
New York, NY 10022

Lloyd Robert Ambinder, Esq.
Baldinger & Levine, LLC
114 Old Country Rd., Suite 116a
Mineola, NY 11501