MICHAEL FAILLACE & ASSOCIATES, P.C.
Michael Faillace [MF-8436]
John Karol [JK-9899]
110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

| | |
|---|---|
| JOSE A. ALCANTARA, BOLIVAR CANELA, EDWIN COLLADO, FREDDY CRUZ, JUAN GONZALEZ, and VICTOR GONZALEZ, *individually and on behalf of others similarly situated*, | 08 CV 00291 (MHD) |
| | **CONSENT TO JOIN LAWSUIT** |
| *Plaintiffs*, | |
| -against- | **CONSENTIMIENTO PARA HACER PARTE DE UNA DEMANDA** |
| CNA MANAGEMENT, INC., and CESAR ABREU, | |
| *Defendants.* | |

-----------------------------------------------------------------X

TO:   Clerk of Court, Southern District of New York
      500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.
**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre:   **Pedro Pablo De la Rosa**

Address / Direccion:   **310 akeijer St**

**Ropck Hill, South Carolina  29730**

Phone Number / Numero de Teléfono:

Legal Representative / Abogado:   Michael Faillace & Associates, P.C.

Other / Otro:   N/A

Signature / Firma:   [signature]

Date / Fecha:   18 de agosto de 2008