MICHAEL FAILLACE & ASSOCIATES, P.C.
Michael Faillace [MF-8436]
John Karol [JK-9899]
110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

| | |
|---|---|
| JOSE A. ALCANTARA, BOLIVAR CANELA, EDWIN COLLADO, FREDDY CRUZ, JUAN GONZALEZ, and VICTOR GONZALEZ, *individually and on behalf of others similarly situated,* | 08 CV 00291 (MHD) |
| | **CONSENT TO JOIN LAWSUIT** |
| *Plaintiffs,* | |
| -against- | **CONSENTIMIENTO PARA HACER PARTE DE UNA DEMANDA** |
| CNA MANAGEMENT, INC., and CESAR ABREU, | |
| *Defendants.* | |

-----------------------------------------------------------------X

TO:   Clerk of Court, Southern District of New York
      500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.
**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

| | |
|---|---|
| Name / Nombre: | **Dante Canela** |
| Address / Direccion: | **2825 Webb Ave.** |
| | **Apt. 3j** |
| Phone Number / Numero de Teléfono: | **Bronx, Ny  10468** |
| Legal Representative / Abogado: | Michael Faillace & Associates, P.C. |
| Other / Otro: | N/A |
| Signature / Firma: | *[signature: Dante M. Canela]* |
| Date / Fecha: | 18 de agosto de 2008 |