MICHAEL FAILLACE & ASSOCIATES, P.C.
Michael A. Faillace, Esq. [MF-8436]
John A. Karol [JK-9899]
110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
JOSE A. ALCANTARA, BOLIVAR
CANELA, EDWIN COLLADO, FREDDY
CRUZ, JUAN GONZALEZ, and VICTOR
GONZALEZ, *individually and on behalf of
others similarly situated*,

                    *Plaintiffs*,

    -against-

CNA MANAGEMENT, INC., and CESAR
ABREU,

                    *Defendants*.
-----------------------------------------X

08 CV 00291

[Proposed] First Revised
Scheduling Order

29 USC 216(b) Collective Action

ECF Case

HON. MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    A Scheduling Order having been set by this Court on April 18, 2008, and the respective parties in this action having applied jointly to this Court to extend the dates set therein,

    It is hereby ORDERED as follows:

    1.    All discovery pertaining to potential class certification is to be completed by September 30, 2008.

    2.    Plaintiffs' motion for class certification is to be served and filed by October 31, 2008.

    3.    All discovery is to be completed by November 31, 2008.

Dated: New York, NY

_Sept 2, 2008_

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed this date to:

Michael Antonio Faillace, Esq.
Law Office of Michael Faillace and Associates, P.C.
110 East 59th Street, 32nd Floor
New York, NY 10022
_Attorney for Plaintiffs_

Lloyd Robert Ambinder, Esq.
Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC (NYC)
111 Broadway
New York, NY 10006
_Attorney for Defendants_